**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DONALD R. SISSON AND MARY SISSON, HIS WIFE, | : No. 141 MAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JOSEPH STANLEY, HIS HEIRS, SUCCESSORS, EXECUTORS, ASSIGNS, AND ANY PERSONS CLAIMING BY, THROUGH, OR FROM THEM, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue is:

> Whether the Superior Court erred when it affirmed the trial court's decision granting the rule to show cause, opening the judgment, and granting judgment on the pleadings, where the trial court conducted its own investigation of public records and decided disputed issues of material fact without evidence in the certified record to support those decisions.